# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WOK, a business of unknown form; JABER ORIGINAL HOLDINGS III, LLC., a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01932-RSWL-GJS<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and California Wok and Jaber Original Holdings III, LLC, ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 8/6/2018     s/ RONALD S.W. LEW
                    _____
                    UNITED STATES DISTRICT COURT JUDGE